Form 3A
(10/05)

# United States Bankruptcy Court

District Of _____Illinois_____

In re _Kyle Jefferson_, Debtor

Case No. _09-19638_

Chapter _7th_

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ _299.00_ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ _74.75_    Check one  ☑ With the filing of the petition, or
                           ☐ On or before _____

   $ _74.75_ on or before _6-29-09_

   $ _74.75_ on or before _7-29-09_

   $ _74.75_ on or before _7-29-09_

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____    _____  _5-29-09_
Signature of Attorney   Date      Signature of Debtor               Date
                                  (In a joint case, both spouses must sign.)

_____
Name of Attorney                  _____  _____
                                  Signature of Joint Debtor (if any)  Date

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
MAY 29 2009
KENNETH S. GARDNER, CLERK

# United States Bankruptcy Court
### Northern    District Of    Illinois

In re _Kyle Jefferson_,
    Debtor

Case No. _09-19638_

Chapter _7_

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☑ IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐ IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _74.75_    Check one ☑ With the filing of the petition, or
                      ☐ On or before _____

$ _74.75_    on or before _6-29-09_
$ _74.75_    on or before _7-29-09_
$ _74.75_    on or before _7-29-09_

☐ IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date: _6/29/09_

**KENNETH S. GARDNER**
Clerk, U.S. Bankruptcy Court
_United States Bankruptcy Judge_